IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


ROBISON TIRE COMPANY, INC.                                         PLAINTIFF


VS.                                         CIVIL ACTION NO. 2:17-cv-185-KS-MTP


GOLDEN TRIANGLE TIRE SERVICE, LLC
AND JERRIS ROBERSON                                         DEFENDANTS


## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [7] to Hold Civil Action in

Abeyance filed by Plaintiff, Robison Tire Company, Inc.   The Court finds that the motion is not

well taken and should be DENIED.

SO ORDERED this the __3rd__ day of May, 2018.


_____s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE